AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Pureformulas, Inc.<br>a Florida Corporation | ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  16-cv-25366-CMA |
| Ortho Molecular Products, Inc.,<br>a Wisconsin Corporation | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Ortho Molecular Products, Inc.
3017 Business Park Drive
Stevens Point, WI  54482

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jorge Espinosa
Espinosa Trueba Martinez PL
1428 Brickell Avenue, Suite 100
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____12/29/2016_____

Steven M. Larimore
Clerk of Court

_s/ Maria Cruz_
Deputy Clerk
U.S. District Courts